# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-25-JAD-VCF |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment** |
| v. | |
| SALVADOR ANDRES CHICAS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Salvador Andres Chicas.

NICHOLAS A. TRUTANICH
United States Attorney

*s*/Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Salvador Andres Chicas, it is hereby ordered that the warrant for his arrest, issued January 16, 2013, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Indictment, be unsealed.

DATED this 16th day of November, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE